SEALED

FILED
June 20, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: M. Ramirez
       DEPUTY

I, Coleman Boring, being duly sworn, depose and state as follows:

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

**7:25-MJ-191**

1. This affidavit is being submitted in support of an application for an arrest warrant in the matter of David Villegas ("VILLEGAS"), Ismael Sosa-Saenz ("SOSA") and Leah Mueller ("MUELLER"). I submit there is probable cause to believe VILLEGAS, SOSA and MUELLER did unlawfully, knowingly, and intentionally Conspire to Possess with the Intent to Distribute a Controlled substance to wit: actual Methamphetamine in violation of Title 21 U.S.C. §§§ 841(a)(1), 841(b)(1)(C) and 846.

2. The information contained within this affidavit is based on my personal knowledge, training, and experience, as well as information provided by other law enforcement officers. I have not included each and every fact known at this time, concerning this investigation, therefore I set forth only the facts necessary to establish probable cause.

## PROBABLE CAUSE

3. On or about March 21, 2025, law enforcement was surveilling a home known for the distribution of narcotics located about the 200 block of W. 12th Street in Crane, Crane County, Texas. This address is a known residence of VILLEGAS. While surveilling the home, law enforcement observed a vehicle leaving the residence, and conducted a traffic stop due to a defective taillight. Upon approaching the vehicle, law enforcement made contact with the vehicle's driver, SOSA, and front passenger, MUELLER. While initially speaking with MUELLER, MUELLER provided law enforcement with evasive answers and false identifying information. During the traffic stop, law enforcement deployed a K-9 to conduct an open-air sniff around the vehicle. After the K-9 alerted to the odor of narcotics coming from the vehicle, a search of the

vehicle was conducted.

4. During a search of the vehicle, in the rear area of the car, law enforcement located a blue bag. Inside the blue bag was a green metal tin which contained approximately 7 grams of methamphetamine[1]. During a subsequent search of SOSA's person, law enforcement recovered approximately 7 grams from a sock SOSA was wearing[2]. Both MUELLER and SOSA were then arrested and transported to the Crane County Detention Center in Crane County, Texas.

5. On or about March 22, 2025, Texas Department of Public Safety ("DPS") Criminal Investigation Division ("CID") Special Agent Erich Whaples separately interviewed both MUELLER and SOSA. Prior to the interviews, both were advised of their *Miranda* warnings which both knowingly waived.

6. During the interview of MUELLER, MUELLER admitted that prior to the traffic stop, she and SOSA had arrived at VILLEGAS's home to deliver an unknown quantity of methamphetamine to VILLEGAS. MUELLER admitted that the methamphetamine found in the vehicle and on SOSA's person had come from VILLEGAS. MUELLER claimed that a contact in her phone was the source of supply ("SOS") for the methamphetamine, and that would meet an unknown party in Odessa, Texas, to receive the methamphetamine from the SOS, which MUELLER would then transport to VILLEGAS. MUELLER advised that this conduct had been occurring for approximately six (6) months. MUELLER then consented to a search of her phone. In MUELLER's phone, law enforcement identified the contact and number for the SOS. Law enforcement then reviewed communications between MUELLER and VILLEGAS in which VILLEGAS was receiving methamphetamine from MUELLER for VILLEGAS to distribute.

---

[1] This substance was sent to the DEA laboratory for analysis and confirmed to be 5.3g +/- 0.4g of actual methamphetamine with a purity of 100% +/- 7%.
[2] This substance was sent to the DEA laboratory for analysis and confirmed to be 7.6g +/- 0.5g of actual methamphetamine with a purity of 100% +/- 7%.

7. During the interview of SOSA, SOSA admitted that prior to the traffic stop, SOSA and MUELLER had driven an unknown quantity of narcotics to the residence which was then delivered to VILLEGAS. SOSA claimed that he had remained in the vehicle, and that MUELLER had gone inside the home to complete the delivery of narcotics to VILLEGAS. SOSA admitted the methamphetamine recovered from his person and the vehicle came from VILLEGAS. SOSA admitted that he had known MUELLER for approximately six (6) months.

8. SOSA granted consent to a search of his cell phone. During a manual review of SOSA's phone, law enforcement observed communications between SOSA and VILLEGAS and noted a communication in which VILLEGAS provided VILLEGAS's address to SOSA. Further, law enforcement observed the same contact and number in SOSA's phone that MUELLER admitted was the SOS for the methamphetamine.

9. On or about April 2, 2025, VILLEGAS was arrested on state felonies and misdemeanors relating to Engaging in Organized Criminal Activity, Possession of a Controlled Substance in Penalty Group One <1 gram, Unlawful Possession of a Firearm and Possession of Marijuana <2 ounces. On or about that same date, your Affiant and DPS CID Special Agent Erich Whaples conducted an interview of VILLEGAS.

10. Prior to being interviewed, VILLEGAS was advised of his *Miranda* warnings which VILLEGAS knowingly waived. During the interview, VILLEGAS admitted that he was the "main" methamphetamine dealer in Crane, Texas. VILLEGAS then described receiving the methamphetamine from the same SOS described by MUELLER. VILLEGAS admitted that the SOS arranged delivery of methamphetamine to MUELLER, who then brought the methamphetamine to VILLEGAS at VILLEGAS's home located about the 200 block of W. 12th Street, Crane, Texas for distribution. VILLEGAS estimated that over the past two (2) years, he

had received and distributed approximately half an ounce of methamphetamine a week. VILLEGAS further estimated that over the past six (6) months, he had received approximately ten (10) total ounces of methamphetamine from MUELLER. VILLEGAS granted consent to search his cell phone. In VILLEGAS's cell phone, under the same contact name as in MUELLER and SOSA's phone, law enforcement observed the same number for the SOS.

11. Your Affiant is aware that the quantity of the actual methamphetamine recovered from MUELLER and SOSA is indicative of distribution and not personal use. In approximately May of 2025, VILLEGAS bonded out on his state charges and his whereabouts are unknown.

## CONCLUSION

12. Based on the facts and circumstances stated above, I submit that there is probable cause to believe that starting on or about September 1, 2024 and continuing to on or about March 21, 2025, in Crane County, Texas, VILLEGAS, SOSA, and MUELLER Conspired to Possess with the Intent to Distribute a Quantity of actual Methamphetamine in violation of Title 21 U.S.C. §§ § 841(a)(1), 841(b)(1)(C) and 846.

13. The sentencing range for the listed charge is a term of imprisonment of up to twenty (20) years, a three (3) year term of supervised release, a $1 million dollar fine, and a $100 special assessment.

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

/s/ Coleman Boring
Boring Coleman
Special Agent, HSI

Subscribed and sworn to before me the 20th day of June, 2025.

_____
The Honorable Ronald C. Griffin
United States Magistrate Judge
Western District of Texas