FILED
6/25/2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: ___JB___
Deputy

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

Case No: 7:25-CR-00124

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) DAVID VILLEGAS<br>(2) ISMAEL SOSA-SAENZ<br>(3) LEAH MUELLER<br><br>Defendants | INDICTMENT<br><br>COUNT 1: 21 U.S.C. § 841(a)(1) -<br>Controlled Substances – Conspiracy to<br>Possess with Intent to Distribute |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846]**

Beginning on or about September 1, 2024 and continuing until on or about March 21, 2025, in the Western District of Texas, Defendants,

**(1) DAVID VILLEGAS,**
**(2) ISMAEL SOSA-SAENZ,**
**(3) LEAH MUELLER, and**

did combine, conspire, confederate and agree together, with each other, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 5 grams or more of actual Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

A TRUE BILL

███████████████

FOREPERSON

JUSTIN R. SIMMONS
United States Attorney

By: _____
Patrick Sloane
Assistant United States Attorney