IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO.   7:25-CR-00124-DC |
| | * | |
| **LEAH MUELLER** | * | |

**UNOPPOSED MOTION FOR CONTINUANCE OF DOCKET CALL,
PLEA DEADLINE, PRETRIAL MOTIONS, JURY SELECTION & TRIAL**

**TO THE HONORABLE JUDGE OF THIS COURT:**

   The Defendant in this cause moves the Court for a continuance of the Docket Call, Plea Deadline, Pretrial Motions Deadline, and for continuance of Jury Selection and Trial set for September 29, 2025, and in support of which would respectfully show the following:

1. Defense counsel was appointed by the Court to replace attorney Brent Morgan on August 22, 2025.

2. Defense counsel is reviewing discovery and assessing various issues affecting the guideline calculations.  The defendant and counsel request an additional time to decide how to proceed.

3. Defense counsel requests cancelling the rearraignment set for September 10, 2025, at 10:00am.

4. Assistant United States Attorney Patrick Sloane was contacted and is unopposed to this motion. Counsel also conferred with attorneys John Velasquez and LaTawn White, that represent the co-defendants, and they are also unopposed.

5. This motion is made in the interests of justice and not for the purpose of delay.

**Wherefore**, counsel for the Defendant requests that the Court grant this motion and re-set the Docket Call, Plea Deadline, Pretrial Motions Deadline, and continue Jury Selection and Trial to a later date.

Respectfully submitted,

*/s/ John T. Wolf*

JOHN T. WOLF
ATTORNEY FOR DEFENDANT
State Bar No. 24098629
**Wolf , Stallings & Mayo**
310 W. Wall Street, Suite 900
Midland, Texas 79701
Office Phone: (432) 848-3148
Fax: (432) 848-3149
Email: John@WolfStallings.com

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of the above and foregoing Defendant's Motion for Continuance was served on September 9, 2025, by electronic mail to AUSA Sloane, Attorneys John Velasquez, and LaTawn White upon filling with CM/ECF.

*/s/ John T. Wolf*

John T. Wolf

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 7:25-CR-00124-DC |
| | * | |
| LEAH MUELLER | * | |

## ORDER

ON THIS DAY the Court considered the *Unopposed Motion for Continuance* filed by the Defendant in this cause and finds that the Motion should be GRANTED, and it is SO ORDERED:

The Docket Call is re-set to _____, 2025, the Plea Deadline is re-set to _____, 2025; the Pretrial Motions Deadline is re-set to _____, 2025; and, Jury Selection and Trial is re-set to _____, 2025, at _____ o'clock, \_\_\_\_\_.m.

Further, the Court finds that the period between September 29, 2025, and _____, 2025, is a reasonable period of necessary delay to allow counsel to negotiate a plea; and/or to review discovery and the record to date, and to prepare for trial. The Court finds that the interest of justice be served by taking such action outweighs the best interests of the public and the Defendant in a speedy trial, and further finds that such period shall be excluded from the time within which the Defendant must be brought to trial under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7).

SIGNED this _____ day of _____, 2025.

_____
**UNITED STATES DISTRICT JUDGE**