UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § § | NO: MO:25-CR-00124(3)-DC |
| (3) LEAH MUELLER | § | |

## ORDER GRANTING CONTINUANCE OF TRIAL SETTING

Before the Court is the Defendant's Unopposed Motion for Continuance of the Jury Trial, filed September 9, 2025, [Doc. 77]. The Court **GRANTS** the Motion.

Accordingly, **IT IS ORDERED** that the Unopposed Motion for Continuance of the Jury Trial is **GRANTED.** This case is rescheduled for Jury Selection on **NOVEMBER 2, 2025** at **8:30 AM**.

The Court finds that the interest of justice outweighs the interest of the Defendant(s) and of the public in a speedy trial, and that the period of time from SEPTEMBER 29, 2025, through NOVEMBER 2, 2025, is excludable time within the meaning of the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7) et seq.

**IT IS SO ORDERED**.

Signed this **10th day of September, 2025**.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE