UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| vs. § | NO: MO:25-CR-00124(3)-DC |
| § | |
| (3) Leah Mueller § | |

**ORDER SETTING FELONY PLEA**

      IT IS HEREBY ORDERED that the above entitled and numbered case is set for **Monday, September 29, 2025 at 02:00 PM**, in Midland Magistrate Courtroom, on the First Floor of the United States Courthouse, 200 E. Wall, Midland, TX .

      IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **24th day of September, 2025.**

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE